# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Plaintiff,<br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT SERVICES, INC.,<br><br>Defendant. | Adv. Pro. No. 21-03006 (SGJ) |

## CERTIFICATE OF SERVICE

I, Elliser Silla, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On March 11, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Stipulation and Proposed Scheduling Order** [Docket No. 7]

Dated: March 12, 2021

/s/ Elliser Silla
Elliser Silla
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

# EXHIBIT A

**Exhibit A**
Affected Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Daniel H O'Brien | Daniel.H.O'Brien@fticonsulting.com |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng | Earnestiena.Cheng@fticonsulting.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |
| Counsel for Highland Capital Management Services, Inc. | Wick Phillips Gould & Martin, LLP | Jason M. Rudd. Lauren K. Drawhorn | jason.rudd@wickphillips.com; lauren.drawhorn@wickphillips.com |

# EXHIBIT B

**Exhibit B**
Affected Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Highland Capital Management Services, Inc. | Wick Phillips Gould & Martin, LLP | Jason M. Rudd. Lauren K. Drawhorn | 3131 McKinney Avenue, Suite 100 | Dallas | TX | 75204 |