# EXHIBIT 2

## HIGHLAND CAPITAL MANAGEMENT SERVICES, INC.

## INCUMBENCY CERTIFICATE

The undersigned Sole Director of **HIGHLAND CAPITAL MANAGEMENT SERVICES, INC.**, a Delaware corporation (the "*Corporation*"), certifies that the persons listed below have been duly appointed and qualified as, and currently are, officers of the Corporation. The undersigned Director also certifies that each person listed below holds the position that is listed opposite his or her name in the Corporation, and that the signatures attached are the genuine signatures of the persons indicated. The undersigned Director further certifies that in their capacity as officers of the Corporation, the persons listed below are authorized to execute any and all agreements on behalf of the Corporation. The undersigned Director further certifies that in their capacity as officers of the Corporation, the persons listed below are authorized to give any party on behalf of the Corporation all notices, orders, directions, or instructions (including but not limited to written, facsimile, or oral funds transfer instructions) in connection with any transaction to which the Corporation is or in the future may be a party to in any capacity.

| **Name** | **Title** | **Signature** |
|---|---|---|
| James Dondero | President | /s/ |
| Scott Ellington | Secretary | /s/ |
| Frank Waterhouse | Treasurer | /s/ |

WITNESS my hand to be effective as of 30th day of September, 2019.

HIGHLAND CAPITAL MANAGEMENT SERVICES, INC.

By: _____
James Dondero, Sole Director