Jason M. Rudd
Texas State Bar No. 24028786
jason.rudd@wickphillips.com
Lauren K. Drawhorn
Texas State Bar No. 24074528
lauren.drawhorn@wickphillips.com
**Wick Phillips Gould & Martin, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255

**Counsel for Highland Capital
Management Services, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT,** § | | **Chapter 11** |
| **L.P.** § | | |
| § | | **Case No.: 19-34054-sgj11** |
| Debtor. § | | |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT,** § | | |
| **L.P.** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | **Adv. Pro. No. 21-03006-sgj** |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT** § | | |
| **SERVICES, INC.,** § | | |
| § | | |
| Defendant. § | | |

**NOTICE OF HEARING ON DEFENDANT'S MOTION TO STAY
AND STATUS CONFERENCE ON MOTION TO WITHDRAW THE REFERENCE**

**PLEASE TAKE NOTICE** that a hearing on Defendant Highland Capital Management Services, Inc.'s Motion to Stay Pending Resolution of Motion to Withdraw the Reference of Adversary Proceeding [Docket No. 26] and a Status Conference on Defendant Highland Capital Management Services, Inc.'s Motion to Stay Pending Resolution of Motion to Withdraw the Reference of Adversary Proceeding [Docket No. 19] will be held on **Thursday, July 8, 2021, at 2:30 p.m. Central Time**. The hearing will be held via WebEx videoconference before the Honorable

Stacey G. C. Jernigan, United States Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

The WebEx video participation/attendance link for the Hearing is: http://us-courts.webex.com/meet/jerniga. A copy of the WebEx Hearing Instructions for the Hearing is attached hereto as **Exhibit A**; alternatively, the WebEx Hearing Instructions for the Hearing may be obtained from Judge Jernigan's hearing/calendar site at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

        Respectfully submitted,

        */s/ Lauren K. Drawhorn*
        Jason M. Rudd
        Texas Bar No. 24028786
        Lauren K. Drawhorn
        Texas Bar No. 24074528
        **WICK PHILLIPS GOULD & MARTIN, LLP**
        3131 McKinney Avenue, Suite 500
        Dallas, Texas 75204
        Telephone: (214) 692-6200
        Fax: (214) 692-6255
        Email: jason.rudd@wickphillips.com
                lauren.drawhorn@wickphillips.com

        **COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2021, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF system upon counsel for the Plaintiff and all other parties requesting or consenting to such service in this adversary case.

Jeffrey N. Pomerantz
jpomerantz@pszjlaw.com
John A. Morris
jmorris@pszjlaw.com
Gregory V. Demo
gdemo@pszjlaw.com
Hayley R. Winograd
hwinograd@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Facsimile: (310) 201-0760
*Counsel for Highland Capital Management, L.P.*

Melissa S. Hayward
MHayward@HaywardFirm.com
Zachery Z. Annable
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Fax: (972) 755-7110

                                        */s/ Lauren K. Drawhorn*
                                          Lauren K. Drawhorn