BTXN 138 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Highland Capital Management, L.P.<br>         Debtor(s)<br><br>Highland Capital Management, L.P.<br>         Plaintiff(s)<br> vs.<br>Highland Capital Management Services, Inc.<br>         Defendant(s)<br><br>Highland Capital Management, L.P.<br>         Plaintiff(s)<br> vs.<br>Highland Capital Management Services, Inc<br>         Defendant(s) | Case No.:   19−34054−sgj11<br>Chapter No.:   11<br><br>Adversary No.:   21−03006−sgj<br><br>Civil Case No.:   3:21−CV−01378−N |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- ☑ One copy of:  Report and Recommendation to the District Court. Entered 7/14/2021 .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED:  7/15/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Blanco, Deputy Clerk