

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 5, 2021**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT,** § | | Chapter 11 |
| **L.P.** § | | |
| § | | Case No.: 19-34054-sgj11 |
| Debtor. § | | |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT,** § | | |
| **L.P.** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | Adv. Pro. No. 21-03006-sgj |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT** § | | |
| **SERVICES, INC.,** § | | |
| § | | |
| Defendant. § | | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered Wick Phillip's Motion to Withdraw as Counsel, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, Highland Capital Management Services, Inc. are currently represented by Deborah Deitsch-Perez and Michael P. Aigen, both of whom have appeared, of Stinson LLP.

*#END OF ORDER#*