

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 18, 2021

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** § § § § | | **Chapter 11** |
| | | **Case No.: 19-34054-sgj11** |
| Debtor. § § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** § § § | | |
| Plaintiff, § § | | |
| vs. § § § | | **Adv. Pro. No. 21-03006-sgj** |
| **HIGHLAND CAPITAL MANAGEMENT SERVICES, INC.,** § § § § | | |
| Defendant. § | | |

**ORDER GRANTING MOTION TO STAY PENDING RESOLUTION OF MOTION TO WITHDRAW THE REFERENCE OF ADVERSARY PROCEEDING**

Upon consideration of *Defendant's Expedited Motion to Stay Pending Resolution of Motion to Withdraw the Reference of Adversary Proceeding* (the "Motion") [Dkt. No. 26], any

response thereto, the pleadings, the record of this adversary proceeding, and the arguments presented by the parties before this Court, the Court hereby finds that the Motion should be GRANTED IN PART AND DENIED IN PART as set forth below. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED IN PART AND DENIED IN PART** as set forth herein.

2. On July 8, 2021, the bankruptcy court held a status conference with regard to the Motion. At such time, the bankruptcy court approved, in part, *Defendant's Expedited Motion to Stay Pending the Resolution of Motion to Withdraw the Reference of Adversary Proceeding*. In its ruling, the court granted the HCMS-Defendant's request for a stay pending resolution of the Motion as to dispositive motions in the Adversary Proceeding, but did not grant a stay as to any discovery.

## END OF ORDER ##