# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) |
| | ) Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | ) |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Adv. Pro. No. 21-03006 (SGJ) |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT SERVICES, INC., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Aljaira Duarte, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On October 4, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

- **Plaintiff's Notice of Rule 30(b)(6) Deposition to Highland Capital Management Services, Inc.** [Docket No. 84]

Dated: October 7, 2021

/s/ Aljaira Duarte
Aljaira Duarte
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

# EXHIBIT A

**Exhibit A**
Adversary Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink, Clay M. Taylor, William R. Howell, Jr. | john@bondsellis.com; john.wilson@bondsellis.com; bryan.assink@bondsellis.com; clay.taylor@bondsellis.com; william.howell@bondsellis.com |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng, Daniel H O'Brien | Earnestiena.Cheng@fticonsulting.com; Daniel.H.O'Brien@fticonsulting.com |
| Counsel for Nancy Dondero | Greenberg Traurig, LLP | Daniel P. Elms | elmsd@gtlaw.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | andrew.clubok@lw.com; sarah.tomkowiak@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | Zachary.Proulx@lw.com; Jamie.Wine@lw.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |
| Counsel for Highland Capital Management Services, Inc. and Nancy Dondero | Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | deborah.deitschperez@stinson.com; michael.aigen@stinson.com |
| Counsel for Highland Capital Management Services, Inc. | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn | brant.martin@wickphillips.com; jason.rudd@wickphillips.com; lauren.drawhorn@wickphillips.com |

# **EXHIBIT B**

**Exhibit B**
Adversary Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink, Clay M. Taylor, William R. Howell, Jr. | 420 Throckmorton Street, Suite 1000 | Fort Worth | TX | 76102 |
| Counsel for Nancy Dondero | Greenberg Traurig, LLP | Daniel P. Elms | 2200 Ross Avenue, Suite 5200 | Dallas | TX | 75201 |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | 650 Poydras Street, Suite 2500 | New Orleans | LA | 70130 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | 555 Eleventh Street, NW, Suite 1000 | Washington | DC | 20004 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | 330 North Wabash Avenue, Ste. 2800 | Chicago | IL | 60611 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | 355 S. Grand Ave., Ste. 100 | Los Angeles | CA | 90071 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | 1271 Avenue of the Americas | New York | NY | 10020 |
| Counsel for Highland Capital Management Services, Inc. and Nancy Dondero | Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | 3102 Oak Lawn Avenue, Suite 777 | Dallas | TX | 75219 |
| Counsel for Highland Capital Management Services, Inc. | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn | 3131 McKinney Avenue, Suite 100 | Dallas | TX | 75204 |