BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P. v. Highland Capital Management Services, Inc. et al | Movants Motion To Compel, Motion To Dismiss and Motion To Stay Litigation, doc. #70, #72 & #74 | Case # 21−03006−sgj |
| **DEBTOR** | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| James Dondero & Nancy Dondero | *VS* | |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | | |
|---|---|---|
| Deborah Deitsch−Perez | | |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

SEE EXHIBIT LIST

COURT ADMITTED EXHIBIT'S #1 THROUGH #14

| | | |
|---|---|---|
| Michael Edmond | November 9, 2021 | Stacey G. Jernigan |
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |