PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for the Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT SERVICES, INC., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,<br><br>Defendants. | § § § § § § § § § § § § § § § | Adversary Proceeding No.<br><br>21-3006-sgj |

**APPELLEE'S SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL**

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Highland Capital Management, L.P. ("Appellee"), pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, hereby submits its supplemental designation of items to be included in the record in the appeal filed by James Dondero, Nancy Dondero and The Dugaboy Investment Trust ("Appellants") from the *Memorandum Opinion and Order Denying Arbitration Request and Related Relief* [Docket No. 115] entered by the United States Bankruptcy Court for the Northern District of Texas on December 3, 2021 in the above-styled adversary proceeding (the "Adversary Proceeding"). Appellee respectfully reserves the right to supplement and/or amend the record on appeal designated herein.

I. **Supplemental Items from the Docket in the Bankruptcy Case**

Appellee designates the following additional items from the docket in the Adversary Proceeding and the main bankruptcy case, Case No. 19-34054-sgj11 (the "Bankruptcy Case"), in addition to the items previously designated by the Appellants:

| **Date** | **Docket No.** | **Description** |
|---|---|---|
| **Documents filed in Bankruptcy Case** | | |
| 01/05/2021 | 1667 | Objection to Confirmation of the Debtor's Fifth Amended Plan of Reorganization (Filed by Get Good Trust, The Dugaboy Investment Trust) |
| 02/01/2021 | 1875 | Debtor's Notice of Filing of Plan Supplement to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified) (Filed by Debtor Highland Capital Management, L.P.) |
| 02/03/2021 | 1894 | Transcript regarding Hearing Held 02/02/2021 (295 pages) RE: Confirmation Hearing, Day One (#1808); Motion to Assume (#1624). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 05/5/2021. |
| 02/05/2021 | 1905 | Transcript regarding Hearing Held 02/03/2021 (257 pages) RE: Confirmation Hearing, Day Two (#1808); Motion to Assume (#1624). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL |

| Date | Docket No. | Description |
|---|---|---|
| | | PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 05/6/2021. |
| **Documents filed in Adversary Proceeding** | | |
| 01/22/2021 | 1 | Adversary Case 21-03006. Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate (Filed by Highland Capital Management, L.P. Against Highland Capital Management Services, Inc.) |
| 03/03/2021 | 6 | Highland Capital Management Services, Inc.'s Answer to Plaintiff's Complaint (Filed by Highland Capital Management Services, Inc.) |
| 06/11/2021 | 34 | Highland Capital Management Services, Inc.'s First Amended Answer to Plaintiff's Complaint (Filed by Defendant Highland Capital Management Services, Inc.) |
| 06/12/2021 | 35 | Transcript regarding Hearing Held 06/10/2021 (91 pages) RE: Motion for Leave to File Amended Answer (15). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 09/10/2021. |
| 07/09/2021 | 46 | Transcript regarding Hearing Held 07/08/2021 (21 pages) RE: Status Conference re: Motion for Withdrawal of Reference (19); Motion to Stay (26). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 10/7/2021. |
| 08/27/2021 | 67 | Stipulation and Agreed Order Governing Discovery and Other Pre-Trial Issues (Filed by Plaintiff Highland Capital Management, L.P.) |
| 09/01/2021 | 73 | Defendant Highland Capital Management Services, Inc.'s Answer to Amended Complaint (Filed by Highland Capital Management Services, Inc.) |
| 09/07/2021 | 75 | Order Approving Stipulation and Agreed Order Governing Discovery and Other Pre-Trial Issues |

Appellee reserves the right to designate additional items depending on the arguments made by Appellants on appeal.

| | |
|---|---|
| Dated:  January 13, 2022. | **PACHULSKI STANG ZIEHL & JONES LLP** |

Jeffrey N. Pomerantz (CA Bar No.143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:    jpomerantz@pszjlaw.com
             jmorris@pszjlaw.com
             gdemo@pszjlaw.com
             hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Reorganized Debtor*