PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:   jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com


-and-

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email:   MHayward@HaywardFirm.com
         ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| | § | |
| Plaintiff, | § | Adv. Proc. No. 21-03003-sgj |
| | § | |
| vs. | § | |
| | § | |
| | § | Case No. 3:21-cv-00881-X |
| JAMES DONDERO, NANCY DONDERO, AND THE | § | |
| DUGABOY INVESTMENT TRUST, | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

------------------------------------------------------

HIGHLAND CAPITAL MANAGEMENT, L.P.,     §
                                       §
                    Plaintiff,         §     Adv. Proc. No. 21-03005-sgj
                                       §
vs.                                    §
                                       §
NEXPOINT ADVISORS, L.P., JAMES         §     Case No. 3:21-cv-00881-X
DONDERO, NANCY DONDERO, AND            §
THE DUGABOY INVESTMENT TRUST,          §
                                       §
                    Defendants.        §
------------------------------------------------------
HIGHLAND CAPITAL MANAGEMENT, L.P.,     §
                                       §
                    Plaintiff,         §     Adv. Proc. No. 21-03006-sgj
                                       §
vs.                                    §
                                       §
HIGHLAND CAPITAL MANAGEMENT            §     Case No. 3:21-cv-00881-X
SERVICES, INC., JAMES DONDERO,         §
NANCY DONDERO, AND THE DUGABOY         §
INVESTMENT TRUST,                      §
                                       §
                    Defendants.        §
------------------------------------------------------
HIGHLAND CAPITAL MANAGEMENT, L.P.,     §
                                       §
                                       §
                    Plaintiff,         §     Adv. Proc. No. 21-03007-sgj
                                       §
vs.                                    §
                                       §     Case No. 3:21-cv-00881-X
HCRE PARTNERS, LLC (n/k/a NexPoint     §
Real Estate Partners, LLC), JAMES      §
DONDERO, NANCY DONDERO, AND            §
THE DUGABOY INVESTMENT TRUST,          §
                                       §
                    Defendants.        §
------------------------------------------------------

**APPENDIX IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STRIKE
APPENDIX IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM
OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL
<u>SUMMARY JUDGMENT AGAINST THE ALLEGED AGREEMENT DEFENDANTS</u>**

2

| Ex. | Description | Appx.# |
|:---:|:---|:---:|
| 1. | Declaration of Hayley R. Winograd in Support of Opposition to Defendants' Motion to Strike Appendix in Support of Plaintiff's Reply Memorandum of Law in Further Support of Its Motion for Partial Summary Judgment Against the Alleged Agreement Defendants | 1-7 |

Dated: March 18, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
       jmorris@pszjlaw.com
       gdemo@pszjlaw.com
       hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
       ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

DOCS_NY:45364.1 36027/003

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:   jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com
-and-

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email:   MHayward@HaywardFirm.com
         ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | Adv. Proc. No. 21-3003 |
| vs. | § | |
| | § | Case No. 3:21-cv-00881-X |
| JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § | Adv. Proc. No. 21-3005 |
| | § | |
| vs. | § § | |
| NEXPOINT ADVISORS, L.P., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, | § § § § § | Case No. 3:21-cv-00881-X |
| Defendants. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § | Adv. Proc. No. 21-3006 |
| | § | |
| vs. | § § | |
| HIGHLAND CAPITAL MANAGEMENT SERVICES, INC., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, | § § § § § | Case No. 3:21-cv-00881-X |
| Defendants. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § § | Adv. Proc. No. 21-3007 |
| vs. | § § | |
| HCRE PARTNERS, LLC (n/k/a NexPoint Real Estate Partners, LLC), JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, | § § § § § § | Case No. 3:21-cv-00881-X |
| Defendants. | § § | |

**DECLARATION OF HAYLEY R. WINOGRAD IN SUPPORT OF OPPOSITION TO
DEFENDANT'S MOTION TO STRIKE APPENDIX IN SUPPORT OF REPLY
MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR PARTIAL
<u>SUMMARY JUDGMENT AGAINST THE ALLEGED AGREEMENT DEFENDANTS</u>**

Appx. 00002

I, Hayley R. Winograd, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1.       I am an attorney in the law firm of Pachulski, Stang, Ziehl & Jones LLP, counsel to Highland Capital Management, L.P., the reorganized debtor in the above-captioned chapter 11 case and plaintiff in the above-referenced adversary proceedings, and I submit this Declaration in support of *Opposition to Defendant's Motion to Strike Appendix in Support of Plaintiff's Reply Memorandum of Law in Further Support of its Motion for Partial Summary Judgment Against the Alleged Agreement Defendants* (the "Opposition").  I submit this Declaration based on my personal knowledge and review of the documents listed below.

2.       Plaintiff produced to HCMS the HCMS Amortization Schedule on June 9, 2021. Attached as **Exhibit A** is a true and correct copy of the email transmitting the document production.

Dated: March 18, 2022

  */s/ Hayley R. Winograd*
   Hayley R. Winograd

# EXHIBIT A

**From:** "Hayley R. Winograd" <hwinograd@pszjlaw.com>
**Date:** Wed Jun 09 22:25:46 EDT 2021
**To:** "'Lauren Drawhorn'" <lauren.drawhorn@wickphillips.com>,"Jason Rudd" <jason.rudd@wickphillips.com>
**Cc:** "John A. Morris" <jmorris@pszjlaw.com>
**Subject:** FW: HCMLP Document Production to HCMS Adv. Proc. 21-3006

Lauren and Jason,


Below please find the link and password to the Debtor's production in response to Highland Capital Management Services, Inc.'s First Set of Discovery Requests.


We will send a supplemental production in a separate email.


Thanks,

Hayley



**Hayley R. Winograd**
Pachulski Stang Ziehl & Jones LLP
Tel: 212.561.7700 | Fax: 212.561.7777
hwinograd@pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston


Password: LKJ*57=

HCMS000001 - HCMS000519



# Pachulski IT has shared 7 files.



7 files • 20.1 MB total • Expires 06/23/2021

HCMS RFP No. 1.zip

ZIP                                                                                          2.4 MB

HCMS RFP No. 13.zip

ZIP                                                                                          3 MB

HCMS RFP No. 23.zip

ZIP                                                                                          6.7 MB

2

Appx. 00006

HCMS RFP No. 4.zip

ZIP                                                                                            4.5 MB

HCMS RFP No. 7.zip

ZIP                                                                                            1.1 MB

+ 2 MORE

VIEW ALL FILES

Share large files securely through Hightail. Sign up for a free account.

Terms  |  Privacy

Powered By Hightail

**Appx. 00007**