BTXN 105a (rev. 09/19)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

In Re:    Highland Capital Management, L.P.

                        §
                        §    Case No.:    19-34054-sgj11

              Plaintiff(s)    §

                        §

v.    Highland Capital Management Services, Inc., et al.       §    Adversary No.:    21-03006

                        §

             Defendant(s)    §
                        §

### APPLICATION FOR ADMISSION *PRO HAC VICE*

1.    Name:   __Root__           __Jeremy__           __A.__
                          *Last*                *First*               *MI*

2.    Firm Name: __Stinson LLP__

3.    Address: __230 W. McCarty Street__

               __Jefferson City, MO 65101__

4.    Phone: __(573) 556-3609__       FAX: __(573) 556-3635__

         Email: __jeremy.root@stinson.com__

5.    Name used to sign *all* pleadings: __Jeremy A. Root__

6.    Retained by: __Highland Capital Management Services, Inc.__

7.    Admitted on __09/30/2003__ and presently a member in good standing of the bar of the highest court of the state of __Illinois__ and issued the bar license number of __6279383__ .

8.    Admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Missouri | 04/18/2007 |
| Illinois | 09/30/2003 |
| USDC Western District of Missouri | 10/27/2008 |

*Continued.*

9.    Are you presently a member in good standing of the bars of the courts listed above?

☒ Yes ☐ No

If "No," please list all courts which you are no longer admitted to practice:

10.    Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes ☒ No

If "Yes," please provide details:

11.    Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☒ No

If "Yes," please provide details:

12.    Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

13.    Local counsel of record: __Deborah Deitsch-Perez_____

14.    Local counsel's address: __3102 Oak Lawn Avenue, Suite 777_____

_____Dallas, Texas 75219_____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒  I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐  I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.


Jeremy A. Root
_____
Printed Name of Applicant

March 18, 2022
_____
Date

_____
Signature of Applicant

Jeremy A. Root
Admitted to practice before the following courts, continued:

| Court | Date of Admission | In Good Standing? |
|---|---|---|
| US District Court for the Eastern District of Missouri | 5/26/2010 | Yes |
| US District Court for the Eastern District of Wisconsin | 8/19/2005 | Yes |
| US District Court for the Northern District of Illinois | 6/01/2005 | Yes |
| US Court of Appeals for the Seventh Circuit | 4/29/2005 | Yes |
| US Court of Appeals for the Eighth Circuit | 6/14/2010 | Yes |
| US Court of Appeals for the Ninth Circuit | 12/2019 | Yes |