

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 21, 2022**

United States Bankruptcy Judge

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  
Highland Capital Management, L.P.  
　　　　　　　　　　　　Debtor(s)  

Highland Capital Management, L.P.  
　　　　　　　　　　　　Plaintiff(s)  
　vs.  
Highland Capital Management Services, Inc. et al.  
　　　　　　　　　　　　Defendant(s)  

Case No.:   19–34054–sgj11  
Chapter No.:   11  

Adversary No.:   21–03006–sgj  

## ORDER FOR ADMISSION *PRO HAC VICE*

　　The Court, having considered the Application for Admission *Pro Hac Vice* of **Jeremy A. Root**, to represent Highland Capital Management Services, Inc., related to document #191, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #