## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P. <br><br> Plaintiff, <br> vs. <br><br> HIGHLAND CAPITAL MANAGEMENT SERVICES, INC., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST <br><br> Defendants. | Adv. Pro. No. 21-03006 (SGJ) |

## CERTIFICATE OF SERVICE

I, Aljaira Duarte, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On August 5, 2022, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Attorneys' Fees Calculation and Backup Documentation** [Docket No. 219]

- **Notice of Attorneys' Fees Calculation and Backup Documentation of Hayward PLLC** [Docket No. 220]

*(Continued on Next Page)*

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

- **Declaration of David Klos in Support of Highland Capital Management L.P.'s Proposed Form of Judgment** [Docket No. 221]

Dated: August 9, 2022

/s/ Aljaira Duarte
Aljaira Duarte
KCC
222 N Pacífic Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
Adversary Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink, Clay M. Taylor, William R. Howell, Jr., D Michael Lynn | john@bondsellis.com; john.wilson@bondsellis.com; bryan.assink@bondsellis.com; clay.taylor@bondsellis.com; william.howell@bondsellis.com |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng | Earnestiena.Cheng@fticonsulting.com |
| Counsel for Nancy Dondero | Greenberg Traurig, LLP | Daniel P. Elms | elmsd@gtlaw.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak, Jason Burt | andrew.clubok@lw.com; sarah.tomkowiak@lw.com; jason.burt@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | Zachary.Proulx@lw.com; Jamie.Wine@lw.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors, Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |
| Counsel for James Dondero, Nancy Dondero, Highland Capital Management Services, Inc. and HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC) | Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | deborah.deitschperez@stinson.com; michael.aigen@stinson.com |
| Counsel for Highland Capital Management Services, Inc. | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn, Jeffrey W. Hellberg Jr. | brant.martin@wickphillips.com; jason.rudd@wickphillips.com; lauren.drawhorn@wickphillips.com; jeff.hellberg@wickphillips.com |