# EXHIBIT 5

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 3/2/2021 | JAM | BL | review of status of adversary proceedings concerning promissory notes (0.4); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: status of adversary proceedings concerning promissory notes (0.2). | 0.60 | $1,245.00 | $747.00 |
| 3/2/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings involving HCMFA and NPA (1.2); Review adversary proceedings and critical dates (0.6); Review NPA and HCMFA answer to complaints (0.4); | 2.20 | $695.00 | $1,529.00 |
| 3/3/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (0.8); | 0.80 | $695.00 | $556.00 |
| 3/4/2021 | JAM | BL | e-mails with H. Winograd re: model scheduling order for notes litigation (0.1); e-mail to. L. Hogewood, D. Rukavina re: proposed scheduling orders for HCMFA and Nexpoint notes litigation (0.2) | 0.30 | $1,245.00 | $1,529.00 |
| 3/4/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (1.8); | 1.80 | $695.00 | $1,251.00 |
| 3/5/2021 | JAM | BL | e-mail to L. Drawhorn, H. Winograd re: proposed scheduling orders for HCRE and HCMS notes litigation (0.2); e-mail to D. Rukavina re: proposed scheduling orders for Nexpoint and HCMFA notes litigation (0.1). | 0.30 | $1,245.00 | $373.50 |
| 3/7/2021 | JAM | BL | Review/revise proposed scheduling orders for HCMFA and NexPoint notes litigation (0.4); e-mail to D. Rukavina, L. Hogewood, H. Winograd re: revised proposed scheduling orders for HCMFA and NexPoint notes litigation (0.2); | 0.60 | $1,245.00 | $747.00 |
| 3/7/2021 | GVD | BL | Correspondence with J. Morris re term note defaults | 0.20 | $950.00 | $190.00 |
| 3/8/2021 | JNP | BL | Conference with John A. Morris regarding | 0.10 | $1,295.00 | $129.50 |
| 3/8/2021 | JAM | BL | communications with J. Seery, J. Pomerantz, J. Bonds re: Dondero request for extension of time to respond to notes litigation (0.2); | 0.20 | $1,245.00 | $249.00 |
| 3/8/2021 | HRW | BL | Review and draft joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (1.5); | 1.50 | $695.00 | $1,042.50 |
| 3/9/2021 | JAM | BL | e-mails with H. Winograd, Z. Annable re: scheduling orders for the HCRE and HCMS adversary proceedings (0.2); e-mails with H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA adversary proceedings (0.1); | 0.30 | $1,245.00 | $373.50 |
| 3/9/2021 | HRW | BL | Review joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (0.8). | 0.80 | $695.00 | $556.00 |
| 3/10/2021 | JAM | BL | communications with Z. Annable, D. Rukavina, H. Winograd re: scheduling matters for notes litigation (0.2); | 0.20 | $1,245.00 | $249.00 |
| 3/17/2021 | JAM | BL | e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery of Dondero on notes litigation (0.7). | 0.70 | $1,245.00 | $871.50 |
| 3/17/2021 | HRW | BL | Review Dondero answer to demand note complaint | 3.90 | $695.00 | $2,710.50 |
| 3/17/2021 | JAM | BL | E-mail to J. Seery re: promissory notes' litigation (0.1); review/revise draft document request for Dondero (notes litigation) (0.2); e-mail to G. Demo, H. Winograd re: requests to admit for Dondero (notes litigation) (0.3). | 0.60 | $1,245.00 | $747.00 |
| 3/18/2021 | HRW | BL | Draft discovery demands directed to Dondero for demand note litigation (2.8); | 2.80 | $695.00 | $1,946.00 |
| 3/19/2021 | JAM | BL | review/revise discovery requests to Dondero re: notes litigation (0.3); e-mails to J. Seery, J. Pomernatz, I. Kharasch, G. Demo, H. Winograd re: discovery requests to Dondero re: notes litigation (0.2); review/revise and send e-mail to J. Seery, PSZJ team re: scheduling of notes litigation (0.2); | 0.70 | $1,245.00 | $871.50 |
| 3/24/2021 | HRW | BL | Draft response to Dondero's motion for a continuance of demand note proceeding (0.4). | 0.40 | $695.00 | $278.00 |
| 3/25/2021 | JAM | BL | E-mails to Bonds Ellis re: Debtor's discovery demands for Dondero notes litigation (0.3). | 0.30 | $1,245.00 | $373.50 |
| 3/26/2021 | JNP | BL | Review Dondero motion for continuance of note lawsuit. | 0.10 | $1,295.00 | $129.50 |
| 3/26/2021 | JNP | BL | Review emails regarding Dondero note litigation | 0.10 | $1,295.00 | $129.50 |

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 3/26/2021 | JAM | BL | Telephone conference with J. Seery re: Dondero | 2.90 | $1,245.00 | $3,610.50 |
| 3/26/2021 | GVD | BL | Conference with J. Morris re demand note issues | 0.20 | $950.00 | $190.00 |
| 3/26/2021 | HRW | BL | Call with J. Morris re: objection to Dondero | 2.10 | $695.00 | $1,459.50 |
| 3/27/2021 | JAM | BL | Review documents and draft objection to Dondero | 4.90 | $1,245.00 | $6,100.50 |
| 3/27/2021 | LSC | BL | Review documents and retrieve and prepare exhibits | 4.40 | $460.00 | $2,024.00 |
| 3/27/2021 | HRW | BL | Draft objection to Dondero's emergency motion to | 5.00 | $695.00 | $3,475.00 |
| 3/28/2021 | JAM | BL | E-mails with D. Klos, K. Hendricks, J. Pomerantz, I. | 5.60 | $1,245.00 | $6,972.00 |
| 3/28/2021 | LSC | BL | Continued preparation of exhibits in connection with | 1.20 | $460.00 | $552.00 |
| 3/28/2021 | HRW | BL | Draft objection to Dondero's emergency motion tocontinue demand note proceeding (4.5). | 4.50 | $695.00 | $3,127.50 |
| 3/29/2021 | JNP | BL | Review opposition to motion by Dondero to continue trial on note litigation. | 0.10 | $1,295.00 | $129.50 |
| 3/29/2021 | JAM | BL | Review and send RFAs for Dondero's notes litigation (0.2); revise objection to Dondero's motion to modify scheduling order (0.9); e-mails to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: revised objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.2); review exhibits and e-mail to L. Canty re: redactions and related matters (0.5); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.1); review/revise objection to Dondero motion to modify scheduling order (0.2); review/revise JAM declaration in support of objection to Dondero motion to modify scheduling order (0.3). | 2.40 | $1,245.00 | $2,988.00 |
| 3/29/2021 | LSC | BL | Prepare redacted exhibits for Objection to Dondero motion to modify scheduling order. | 0.50 | $460.00 | $230.00 |
| 3/29/2021 | HRW | BL | Edit and review objection to Dondero's emergency motion to continue demand note proceedings (2.5). | 2.50 | $695.00 | $1,737.50 |
| 3/30/2021 | JNP | BL | Emails regarding Court ruling on extending Dondero | 0.10 | $1,295.00 | $129.50 |
| 3/30/2021 | JAM | BL | Review/revise objection to Dondero motion to | 1.10 | $1,245.00 | $1,369.50 |
| 3/30/2021 | LSC | BL | Redact additional exhibits (.3); research and review | 3.20 | $460.00 | $1,472.00 |
| 3/31/2021 | JAM | BL | e-mails with B. Assink, H. Winograd re: modified scheduling order in Dondero's notes litigation (0.1)., | 0.10 | $1,245.00 | $124.50 |
| | | | **TOTAL** | | | **$53,270.50** |