BTXN 221 (rev. 09/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | |
| | § | Case No.:   19−34054−sgj11 |
| Debtor(s) | § | Chapter No.:   11 |
| Highland Capital Management, L.P. | § | |
| Plaintiff(s) | § | Adversary No.:   21−03006−sgj |
| vs. | § | |
| Highland Capital Management Services, Inc.  et al. | § | Civil Case No.:       Civ. Act. No. 3:21cv01378 |
| | § | (Consolidated Under Civ. Act. No. 3:21cv 00881) |
| Defendant(s) | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P | § | |
| Plaintiff(s) | § | |
| vs. | § | |
| HIGHLAND CAPITAL MANAGEMENT SERVICES, | § | |
| INC., JAMES DONDERO, NANCY DONDERO, AND | § | |
| THE DUGABOY INVESTMENT TRUST | § | |
| Defendant(s) | § | |

# NOTICE OF TRANSMITTAL OF REPORT AND RECOMMENDATION

I am transmitting:

One copy of: _Report and Recommendation_ .

DATED:  12/6/22                     FOR THE COURT:
                                    Robert P. Colwell, Clerk of Court

                                    by: /s/Sheniqua Whitaker, Deputy Clerk